11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Novie Earlette Spain

Appellant

Vs.                   No. 11-03-00114-CR B Appeal from Dallas County

State of Texas

Appellee

 

Novie Earlette Spain has filed in this court
a motion to dismiss her appeal.  The motion
is signed by both appellant and her attorney. 
TEX.R.APP.P. 42.2.  

The motion is granted, and the appeal is
dismissed.

 

PER CURIAM

 

September 19, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.